**Electronically Filed
Supreme Court
SCWC-30227
21-DEC-2011
08:16 AM**

NO. SCWC-30227

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

LESLIE MICHAEL DABIS, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30227; CR. NO. 07-1-342)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Recktenwald, C.J., Nakayama, Duffy, and McKenna, JJ.;
and Acoba, J., dissenting)

Petitioner/Defendant-Appellant Leslie Michael Dabis's application for writ of certiorari, filed on November 10, 2011, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, December 21, 2011.

Vaughan S. Winborne Jr.
for petitioner/defendant-
appellant on the
application

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna



DISSENT BY ACOBA, J.

Respectfully, I would accept certiorari in this case.

/s/ Simeon R. Acoba, Jr.